JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___ F. Supp. 2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
# DOCKET NO. 1629
# IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM    2   04-711              Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS    1   04-463              Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS    1   04-22228            Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN    1   04-4467             Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE    2   04-1735             Linda Rizzo v. Pfizer, Inc.
LAE    2   04-2087             Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE    2   04-2509             Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE    4   04-982~~             ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN    2   04-255~~             ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN    4   04-275~~             ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ     2   04-4236             Steven Kail, et al. v. Pfizer, Inc., et al.
NJ     2   04-4497             International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ     2   04-4593             Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE    6   04-375              Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE    2   04-337              Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE    2   04-309~~             ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

STAY

04cv12614 PBS

# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:04-cv-00711-SRW
### Internal Use Only

Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc. et al

Assigned to: Honorable Susan Russ Walker
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/23/2004
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

### Plaintiff

**Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund**
*on behalf of itself and a class of similarly situated persons, firms, corporations, individuals or entities*

represented by **Andrew P. Campbell**
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303
(205) 803-0051
Fax: 205-803-0053
Email: acampbell@cwp-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Doyle Fuller**
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL 36106
334-270-0020
Fax: 270-9848
Email: doyle@jdoylefuller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Glasscock Copeland**
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL 36106
334-270-0020

Fax: 270-9848
Email: susanc@jdoylefuller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**  represented by  **Fred M. (Tripp) Haston, III**
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8303
Fax: 205-488-6303
Email: thaston@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Henry Butler**
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
334-956-7602
Fax: 956-7701
Email: pbutler@bradleyarant.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**  represented by  **Fred M. (Tripp) Haston, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Henry Butler**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 07/23/2004 | 1 | COMPLAINT against Pfizer, Inc., and Warner-Lambert Company, LLC (Filing fee $150.00, receipt number 103029) filed by Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund.(dmn, ) (Entered: 07/29/2004) |
| 07/23/2004 | | DEMAND for Trial by Jury by Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund. (This document has no pdf attached, see Document #1 for pdf.) (dmn, ) (Entered: 07/29/2004) |
| 07/29/2004 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund. (This document has no pdf attached.) (dmn) (Entered: 07/29/2004) |
| 07/29/2004 | 2 | Summons Issued; summons and complaint mailed by CMRRR to Pfizer, Inc., and Warner-Lambert Company, LLC. (dmn, ) (Entered: 07/29/2004) |
| 08/02/2004 | 3 | Return Receipt Card showing service of summons and complaint signed by D. Miller for Warner-Lambert Company, LLC served on 7/30/2004, answer due 8/19/2004. (dmn, ) (Entered: 08/02/2004) |
| 08/05/2004 | 4 | Summons RETURNED UNEXECUTED from the USPS as to Pfizer, Inc. c/o The Corporation Company with the following notation, "Not Deliverable as Addressed, Return to Sender."Letter to plaintiff's counsel mailed this date.(dmn, ) (Entered: 08/05/2004) |
| 08/09/2004 | 5 | Alias Summons issued; summons and complaint mailed by CMRRR to Pfizer, Inc. (dmn, ) (Entered: 08/09/2004) |
| 08/11/2004 | 6 | Return Receipt Card showing service of alias summons and complaint signed by C. Strickland for Pfizer, Inc. served on 8/10/2004, answer due 8/30/2004. (dmn, ) (Entered: 08/12/2004) |
| 08/19/2004 | 7 | Joint MOTION to Stay *Proceedings Pending Transfer to Multidistrict Litigation ("MDL")* by Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund, Pfizer, Inc., Warner-Lambert Company, LLC. (Attachments: # 1 Text of Proposed Order)(Butler, Philip) (Entered: 08/19/2004) |

| | | |
|---|---|---|
| 08/19/2004 | ○ | \*\*\*Attorney Fred M. (Tripp) Haston added for Pfizer, Inc. and Warner-Lambert Company, LLC. (dmn) (Entered: 08/26/2004) |
| 08/20/2004 | ○ | NOTICE of Assignment to Magistrate Judge mailed to counsel for Pfizer, Inc., and Warner-Lambert Company, LLC. (This document has no pdf attached.) (dmn, ) (Entered: 08/20/2004) |
| 08/23/2004 | ○8 | ORDER granting 7 Joint Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation as further set out in order. This stay shall remain in effect for (60) days after transfer of this case to the MDL Court, or until as otherwise ordered by the MDL Court. Defendants shall have 60 days after transfer of this case to the MDL Court, or until as otherwise ordered by the MDL Court, to answer or otherwise respond tot he Complaint. Signed by Judge Susan Russ Walker on 8/23/04. (dmn) (Entered: 08/23/2004) |