## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 21, 2004

Tony Anastas
Clerk of Court
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: MDL DOCKET No. 1629 In re: Neurontin Marketing and Sales Practices
Civil Action No. 2:04-cv-00711 SRW
Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.
Your case number: 1:04cv12614 PBS

Dear Mr. Anastas:

Please find enclosed our entire court file, together with certified copies of the docket entries in the above-styled case. This case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 12/07/04 and filed with your court on 11/19/04.

Please acknowledge receipt of this file by returning to us the enclosed copy of this letter.

Sincerely,

DEBRA P. HACKETT, CLERK

By: *Donna M. Norfleet*
Donna M. Norfleet
Deputy Clerk

DPH/dmn

Enclosures

cc: Magistrate Judge Walker
    File
    All counsel of record